ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 1 5 2009

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL INDICTMENT |
| v. : | NO. **1:09CR399** |
| SONIA MCGUIRE, : Defendant. : | |

THE GRAND JURY CHARGES THAT:

1.  Between January 15, 2005 and April 28, 2008, Local Number 3434, of the American Postal Workers Union (APWU) was part of a labor organization that had attained exclusive recognition by the United States Postal Service as the representative of a majority of the Postal Service clerical employees within the meaning of Title 39, United States Code, Section 1203. Pursuant to Title 39, United States Code, Section 1209, the provisions of chapter 11 of Title 29, United States Code, are applicable to the APWU and the APWU's officers, agents, shop stewards, other representatives and members as if the United States Postal Service was an employer within the meaning of Title 29, United States Code, Section 402.

2.  At all times material to this Indictment, the Defendant, SONIA MCGUIRE, was an officer as that term is defined in Title 29, United States Code, Section 402(n) that is, Treasurer of Local 3434, APWU.

3.  From on or about January 15, 2005 and continuing through

on or about April 28, 2008, in the Northern District of Georgia, and elsewhere, the Defendant, SONIA MCGUIRE, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property and other assets of Local 3434, APWU, in excess of $15,000.00, said sum constituting unauthorized payments on behalf of the Defendant, all in violation of Title 29, United States Code, Section 501(c).

A __True__ BILL

__Bill a Horne__
FOREPERSON

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

DAVID M. LETA
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 447931